THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL B. SMITH, BERNARD CAMEN, ABRAHAM NEWMAN and HYMAN COWEN, Appellants.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL B. SMITH, ABRAHAM NEWMAN and HYMAN COWEN, Appellants.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL B. SMITH, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NATHAN RABINOWITZ, HERMAN PAUL and JOSE GIL, Appellants.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MAX SALPETER, HERMAN PAUL and JOSE GIL, Appellants.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HERMAN PAUL and NATHAN RABINOWITZ, Appellants, et al., Defendants.

Argued October 18, 1950; decided November 22, 1950.

*Edward H. Levine, Abraham H. Brodsky* and *Arnold D. Roseman* for Samuel B. Smith and others, appellants.

*Harry Gittleson* and *Samuel Bader* for Nathan Rabinowitz and others, appellants.

*Miles F. McDonald, District Attorney* (*Aaron Nussbaum* of counsel), for respondent.

Orders affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.